# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIGGOTT, KAREN | § | Case No. 09-25345 |
| PIGGOTT, WILLIAM H | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner

U.S. Bankruptcy Court Clerk

219 South Dearborn Street- 7th Floor

Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/03/2010 in Courtroom 644,

United States Courthouse

219 South Dearborn Street

Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____

Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PIGGOTT, KAREN | § | Case No. 09-25345 |
| PIGGOTT, WILLIAM H | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,103.04 |
| *and approved disbursements of* | $ | 30.18 |
| *leaving a balance on hand of*[1] | $ | 15,072.86 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: Phillip D. Levey* | $ | 2,260.30 | $ | 55.81 |
| *Attorney for trustee: PHILLIP D. LEVEY* | $ | 3,029.50 | $ | 0.00 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 219,819.67  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.4  percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | *Roundup Funding, LLC MS* | | |
| *000001* | *550* | $          8,318.25 | $          366.03 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | DISCOVER BANK DFS Services LLC | $ 6,421.78 | $ 282.58 |
| 000003 | DISCOVER BANK DFS Services LLC | $ 4,867.23 | $ 214.18 |
| 000004 | Chase Bank USA, N.A. | $ 9,701.01 | $ 426.88 |
| 000005 | Chase Bank USA, N.A. | $ 1,497.06 | $ 65.88 |
| 000006 | Chase Bank USA, N.A. | $ 3,343.83 | $ 147.14 |
| 000007 | Chase Bank USA, N.A. | $ 3,572.87 | $ 157.22 |
| 000008 | Chase Bank USA, N.A. | $ 532.46 | $ 23.43 |
| 000009 | Chase Bank USA, N.A. | $ 212.91 | $ 9.37 |
| 000010 | American Express Centurion Bank | $ 8,463.08 | $ 372.41 |
| 000011 | American Express Centurion Bank | $ 25,358.84 | $ 1,115.88 |
| 000012 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $ 6,141.32 | $ 270.24 |
| 000013 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $ 6,521.70 | $ 286.98 |
| 000014 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $ 179.48 | $ 7.90 |
| 000015 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $ 1,242.11 | $ 54.66 |
| 000016 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $ 1,526.56 | $ 67.17 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000017 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services | $ 478.00 | $ 21.03 |
| 000018 | American Express Centurion Bank | $ 9,370.63 | $ 412.35 |
| 000019 | American Express Centurion Bank | $ 10,950.42 | $ 481.86 |
| 000020 | American Express Centurion Bank | $ 27,244.89 | $ 1,198.88 |
| 000021 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | $ 43,704.43 | $ 1,923.16 |
| 000022 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | $ 10,344.49 | $ 455.20 |
| 000023 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | $ 11,479.31 | $ 505.13 |
| 000024 | Toyota Financial Services | $ 837.10 | $ 36.84 |
| 000025 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Capital One | $ 13,570.49 | $ 597.15 |
| 000026 | GE Money Bank dba WALMART Care of Recovery Management Systems Corp | $ 3,939.42 | $ 173.35 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,235.21  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 4.4 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000027 | Toyota Motor Credit Corporation | $ 1,235.21 | $ 54.35 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Phillip D. Levey _____

Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons          Page 1 of 2          Date Rcvd: Jul 02, 2010
Case: 09-25345               Form ID: pdf006         Total Noticed: 38
```

The following entities were noticed by first class mail on Jul 04, 2010.
```
db/jdb      +Karen Piggott,  William H Piggott,   20709 Greenwood Ct,   Olympia Fields, IL 60461-1355
aty         +Thomas W Toolis,   Jahnke, Sullivan & Toolis, LLC,   9031 West 151st Street,   Suite 203,
             Orland Park, IL 60462-6563
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
14157655    +American Express,  c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
14577668     American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14157656    +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14157657    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14157658    +Bank One/Chase,   8333 Ridgepoint Dr,   Irving, TX 75063-5812
14157659    +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
             Wilmington, DE 19899-8833
14157660    +Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
14157661    +Capital One, N.a.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
14157662    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14157663    +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
14562478     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14157664    +Chase- BP,   Attention: Bankruptcy Department,   Po Box 100018,   Kennesaw, GA 30156-9204
14157665    +Chrysler Financial Services Americas LLC,   C/O: Riezman Berger PC,   7700 Bonhomme 7th Fl,
             St Louis, MO 63105-1960
14157666    +Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
14157667    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14157668    +Cpu/citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14157672    +Ntb/cbsd,   Po Box 6003,   Hagerstown, MD 21747-6003
14844294    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Capital One,
             POB 41067,   NORFOLK VA 23541-1067
14597554    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             Po Box 19008,   Greenville, SC 29602-9008
14157673    +Sears/cbsd,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
14157674    +Texaco / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14818728    +Toyota Financial Services,   P.O. Box 5229,   Cincinnati, OH 45201-5229
14157675    +Toyota Motor Credit,   1111 West 22nd Street, Ste 420,   Oak Brook, IL 60523-1959
14903205     Toyota Motor Credit Corporation,   POB 3001,   Malvern, PA 19355-0701
14157676    +Us Bank-toyota Fsb,   Po Box 108,   Saint Louis, MO 63166-0108
14157677    +Wachovia Mortgage, Fsb,   Po Box 3008,   Raleigh, NC 27602-3008
14157678    +Wells Fargo Card Ser,   Po Box 5058,   Portland, OR 97208-5058
14157679    +Wfnnb/gander Mountain,   4590 E Broad St,   Columbus, OH 43213-1301
```

The following entities were noticed by electronic transmission on Jul 02, 2010.
```
14507418     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2010 02:26:49     DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14157669    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2010 02:26:48     Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
14811216     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2010 01:57:45
             FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
             Oklahoma City, OK  73124-8809
14887092    +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2010 02:10:15     GE Money Bank dba WALMART,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14157670    +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2010 02:10:14     Gemb/walmart,   Po Box 981400,
             El Paso, TX 79998-1400
14157671    +E-mail/Text: bankrup@nicor.com                     Nicor Gas,
             Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
14503949     E-mail/PDF: BNCEmails@blinellc.com Jul 03 2010 02:26:35     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                      TOTAL: 7
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14645361*    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14577669*    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14598055*    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14598056*    American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
                                                                           TOTALS: 0, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-1          User: csimmons          Page 2 of 2               Date Rcvd: Jul 02, 2010
Case: 09-25345               Form ID: pdf006          Total Noticed: 38

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                         **Signature:**