UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| PIGGOTT, KAREN | § | Case No. 09-25345 |
| PIGGOTT, WILLIAM H | § § § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chrysler Financial 5225 Crooks Rd Ste 140 Troy, MI 48098 |  |  |  |  |  |
| Toyota Motor Credit 1111 West 22nd Street, Ste 420 Oak Brook, IL 60523 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Toyota Motor Credit 1111 West 22nd Street, Ste 420 Oak Brook, IL 60523 | | | | | |
| Wachovia Mortgage, Fsb Po Box 3008 Raleigh, NC 27602 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 | | | | | |
| Bank One/Chase 8333 Ridgepoint Dr Irving, TX 75063 | | | | | |
| Barclays Bank Delaware Attention: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| Capital One, N.a. 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| Chase- BP Attention: Banktruptcy Department Po Box 100018 Kennesaw, GA 30156 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citgo Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| Cpu/citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Cpu/citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| Ntb/cbsd Po Box 6003 Hagerstown, MD 21747 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sears/cbsd 8725 W. Sahara Ave The Lakes, NV 89163 | | | | | |
| Texaco / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| Us Bank-toyota Fsb Po Box 108 Saint Louis, MO 63166 | | | | | |
| Wells Fargo Card Ser Po Box 5058 Portland, OR 97208 | | | | | |
| Wfnnb/gander Mountain 4590 E Broad St Columbus, OH 43213 | | | | | |
| TOYOTA FINANCIAL SERVICES | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| DISCOVER BANK | | | | | |
| DISCOVER BANK | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| GE MONEY BANK DBA WALMART | | | | | |
| PRA RECEIVABLES MANAGEMENT, LLC | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-25345 PSH Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | PIGGOTT, KAREN | | Date Filed (f) or Converted (c): | 07/13/09 (f) |
| | PIGGOTT, WILLIAM H | | 341(a) Meeting Date: | 08/24/09 |
| For Period Ending: | 10/31/10 | | Claims Bar Date: | 12/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 20709 GREENWOOD COURT OLYMPIA FIELDS, ILLINOIS | 232,000.00 | 16,103.00 | DA | 0.00 | 0.00 |
| 2. BANK OF CHOICE - SAVINGS | 23,538.12 | 15,100.00 | | 15,100.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. BANK OF AMERICA | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. ASSOCIATED BANK | 353.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. MISCELLANEOUS PERSONAL PROPERTY | 1,250.00 | 1,250.00 | DA | 0.00 | 0.00 |
| 6. BOOKS, ART, COLLECTIBLES | 1,700.00 | 1,700.00 | DA | 0.00 | 0.00 |
| 7. EVERYDAY CLOTHING | 1,500.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 8. MINK COAT | 800.00 | 800.00 | DA | 0.00 | 0.00 |
| 9. JOHN HANCOCK LIFE INSURANCE | 1,946.94 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 10. AXA VARIABLE WHOLE LIFE | 14,293.14 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 11. EQUIVEST-ANNUITY | 4,160.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 12. 401(K) PLAN | 132,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 13. SIMPLE IRA | 5,021.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 14. SIMPLE IRA | 3,100.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 15. POSSIBLE PERSONAL INJURY AGAINST STEINMART | 40,000.00 | 10,000.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-25345 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| Case Name: | PIGGOTT, KAREN | | | | Date Filed (f) or Converted (c): | 07/13/09 (f) |
| | PIGGOTT, WILLIAM H | | | | 341(a) Meeting Date: | 08/24/09 |
| | | | | | Claims Bar Date: | 12/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. 2006 TOYOTA AVALON - LEASE DEBTOR INTENDS TO SURRE | 4,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 17. 2010 TOYOTA CAMRY 1100 MILES | 28,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 18. 2007 DODGE CALIBUR 24,000 MILES | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.83 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $494,862.20       $44,953.00       $15,103.83       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/10     Current Projected Date of Final Report (TFR): 11/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-25345 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | PIGGOTT, KAREN | | Bank Name: | BANK OF AMERICA |
| | PIGGOTT, WILLIAM H | | Account Number / CD #: | *******3441  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9923 | | | |
| For Period Ending: | 10/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/09 | 2 | Karen Piggott | Turnover of Bank Account | 1121-000 | 15,100.00 | | 15,100.00 |
| 09/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 15,100.04 |
| 10/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,100.42 |
| 11/30/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,100.79 |
| 12/31/09 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,101.17 |
| 01/29/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,101.55 |
| 02/26/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 15,101.90 |
| 03/31/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,102.29 |
| 04/30/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 15,102.66 |
| 05/28/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,103.04 |
| 05/31/10 | 000101 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 30.18 | 15,072.86 |
| | | 701 POYDRAS STREET, SUITE 120 | | | | | |
| | | NEW ORLEANS, LA  70139 | | | | | |
| 06/30/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,073.24 |
| 07/30/10 | 19 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,073.62 |
| 08/03/10 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 15,073.65 |
| 08/03/10 | | Transfer to Acct #*******5591 | Final Posting Transfer | 9999-000 | | 15,073.65 | 0.00 |

| | | COLUMN TOTALS | 15,103.83 | 15,103.83 | 0.00 |
| | | Less:  Bank Transfers/CD's | 0.00 | 15,073.65 | |
| | | Subtotal | 15,103.83 | 30.18 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 15,103.83 | 30.18 | |

Page Subtotals    15,103.83    15,103.83

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 14)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-25345 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PIGGOTT, KAREN | Bank Name: | BANK OF AMERICA |
| | PIGGOTT, WILLIAM H | Account Number / CD #: | *******5591 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9923 | | |
| For Period Ending: | 10/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/10 | | Transfer from Acct #*******3441 | Transfer In From MMA Account | 9999-000 | 15,073.65 | | 15,073.65 |
| 08/05/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,260.27 | 12,813.38 |
| 08/05/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 55.81 | 12,757.57 |
| 08/05/10 | 000103 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,029.50 | 9,728.07 |
| 08/05/10 | 000104 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 4.42545% | 7100-900 | | 368.12 | 9,359.95 |
| 08/05/10 | 000105 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000002, Payment 4.42541% | 7100-900 | | 284.19 | 9,075.76 |
| 08/05/10 | 000106 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000003, Payment 4.42552% | 7100-900 | | 215.40 | 8,860.36 |
| 08/05/10 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 4.42552% | 7100-900 | | 429.32 | 8,431.04 |
| 08/05/10 | 000108 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 4.42534% | 7100-900 | | 66.25 | 8,364.79 |
| 08/05/10 | 000109 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 4.42546% | 7100-900 | | 147.98 | 8,216.81 |
| | | | Page Subtotals | | 15,073.65 | 6,856.84 | |

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 15)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-25345 -PSH | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | PIGGOTT, KAREN | | Bank Name: | BANK OF AMERICA |
| | PIGGOTT, WILLIAM H | | Account Number / CD #: | *******5591 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9923 | | | |
| For Period Ending: | 10/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/10 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 4.42557% | 7100-900 | | 158.12 | 8,058.69 |
| 08/05/10 | 000111 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 4.42475% | 7100-900 | | 23.56 | 8,035.13 |
| 08/05/10 | 000112 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 4.42440% | 7100-900 | | 9.42 | 8,025.71 |
| 08/05/10 | 000113 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 4.42546%<br>(10-1) CREDIT CARD DEBT | 7100-900 | | 374.53 | 7,651.18 |
| 08/05/10 | 000114 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 4.42548%<br>(11-1) CREDIT CARD DEBT | 7100-900 | | 1,122.25 | 6,528.93 |
| 08/05/10 | 000115 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000012, Payment 4.42560% | 7100-900 | | 271.79 | 6,257.14 |
| 08/05/10 | 000116 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000013, Payment 4.42553% | 7100-900 | | 288.62 | 5,968.52 |
| 08/05/10 | 000117 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000014, Payment 4.42389% | 7100-900 | | 7.94 | 5,960.58 |
| | | | Page Subtotals | | 0.00 | 2,256.23 | |

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 16)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-25345 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PIGGOTT, KAREN | Bank Name: | BANK OF AMERICA |
| | PIGGOTT, WILLIAM H | Account Number / CD #: | *******5591 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9923 | | |
| For Period Ending: | 10/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/10 | 000118 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000015, Payment 4.42553% | 7100-900 | | 54.97 | 5,905.61 |
| 08/05/10 | 000119 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000016, Payment 4.42564% | 7100-900 | | 67.56 | 5,838.05 |
| 08/05/10 | 000120 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000017, Payment 4.42469% | 7100-900 | | 21.15 | 5,816.90 |
| 08/05/10 | 000121 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000018, Payment 4.42553%<br>(18-1) CREDIT CARD DEBT | 7100-900 | | 414.70 | 5,402.20 |
| 08/05/10 | 000122 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000019, Payment 4.42549%<br>(19-1) CREDIT CARD DEBT | 7100-900 | | 484.61 | 4,917.59 |
| 08/05/10 | 000123 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000020, Payment 4.42549%<br>(20-1) CREDIT CARD DEBT | 7100-900 | | 1,205.72 | 3,711.87 |
| 08/05/10 | 000124 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000021, Payment 4.42546% | 7100-900 | | 1,934.12 | 1,777.75 |
| 08/05/10 | 000125 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT | Claim 000022, Payment 4.42545% | 7100-900 | | 457.79 | 1,319.96 |

Page Subtotals         0.00         4,640.62

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 17)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-25345 -PSH |
| Case Name: | PIGGOTT, KAREN |
| | PIGGOTT, WILLIAM H |
| Taxpayer ID No: | *******9923 |
| For Period Ending: | 10/31/10 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5591 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/10 | 000126 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000023, Payment 4.42544% | 7100-900 | | 508.01 | 811.95 |
| 08/05/10 | 000127 | Toyota Financial Services<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000024, Payment 4.42599%<br>(24-1) credit card | 7100-000 | | 37.05 | 774.90 |
| 08/05/10 | 000128 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Capital One<br>POB 41067<br>NORFOLK VA 23541 | Claim 000025, Payment 4.42549% | 7100-900 | | 600.56 | 174.34 |
| 08/05/10 | 000129 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000026, Payment 4.42552% | 7100-900 | | 174.34 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,073.65 | 15,073.65 | 0.00 |
| Less: Bank Transfers/CD's | 15,073.65 | 0.00 | |
| Subtotal | 0.00 | 15,073.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 15,073.65 | |

Page Subtotals        0.00        1,319.96

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 18)*

Case 09-25345    Doc 42    Filed 11/28/10    Entered 11/28/10 14:04:56    Desc Main
Document      Page 19 of 19

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-25345 -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | PIGGOTT, KAREN | Bank Name: | BANK OF AMERICA |
| | PIGGOTT, WILLIAM H | Account Number / CD #: | *******5601 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9923 | | |
| For Period Ending: | 10/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3441 | 15,103.83 | 30.18 | 0.00 |
| Checking Account (Non-Interest Earn - ********5591 | 0.00 | 15,073.65 | 0.00 |
| Checking Account (Non-Interest Earn - ********5601 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,103.83 | 15,103.83 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00          0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 19)*